IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Guadalupe Paredes,<br><br>Petitioner,<br><br>v.<br><br>Christopher McGregor, et al.,<br><br>Respondents. | No. CV-26-01236-PHX-DWL (CDB)<br><br>**ORDER** |

Petitioner challenges his immigration detention, arguing he was released from immigration detention and redetained without any due process. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.) Respondents' response states:

> Undersigned counsel has been unable to ascertain sufficient facts to determine whether Petitioner's bond was properly revoked under these circumstances. Accordingly, Respondents cannot show cause why the Petition should not be granted and therefore do not oppose Petitioner's request for release from custody at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his procedural due process claim.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his redetention.

      **IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

      **IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

      Dated this 3rd day of March, 2026.

*[signature]*

Dominic W. Lanza
United States District Judge